SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC *et al.*,

       *Plaintiffs*,

       v.

DOUG BURGUM *et al.*,

       *Defendants*.

Case No. 3:25-cv-00356

## DECLARATION OF NAURIAQ SIMMONDS

I, Nauriaq Simmonds, hereby declare as follows:

1. I was born in Utqiagvik, and grew up between there, Nuiqsut and Fairbanks Alaska. My Aaka (grandmother) was from Nuiqsut, my Aapa (grandfather) was from Utqiagvik.

2. I am the Executive Director of Sovereign Iñupiat for a Living Arctic ("SILA"). I am familiar with all aspects of SILA's mission and activities.

3. SILA is an Alaska-based grassroots organization made up of Iñupiat Peoples and community members. SILA's mission is "to create space for healthy communities, spiritually, mentally, and physically; fostering the connection between people, culture and land. We are empowered as frontline communities and those who have inherent connection with the land and what it provides." SILA's board and members include people living in Nuiqsut and other Arctic communities

4. SILA seeks to accomplish its mission through community and shareholder engagement, knowledge-sharing events, political advocacy, and revitalizing Iñupiaq intergenerational culture and language. SILA's major focus is uplifting the voices of communities in Arctic Alaska, including a focus on the western Arctic and development near the community of Nuiqsut. SILA actively works to empower Arctic communities to protect their interests by engaging in administrative processes with the goal of ensuring meaningful involvement for these communities.

5. I oversee the work of Sovereign Iñupiat for a Living Arctic (SILA) as Executive Director. Our board is made up of representatives from frontline communities,

and our projects focus on protecting Iñupiat lands, supporting community health, and strengthening advocacy capacity. We have worked with Nuiqsut, Point Lay, Kaktovik and Utqiagvik residents to build trust through cultural and wellness programming, which directly connects to policy advocacy by affirming that the health of the land and culture impacts the physical, mental, emotional, and spiritual health of our people. Through this work, SILA has created safer spaces for Iñupiat community members to speak out against extractive industries, despite risks of intimidation, property damage, and physical harm that have historically silenced participation. The severity of ongoing harm from extractive projects has led more residents to step forward, even at personal risk, to defend our lands. We also continue to highlight the absence of health studies in impacted communities and the active avoidance of such research, which signals to residents that critical information is being withheld.

6. A major part of SILA's work is raising public awareness of government decisions that impact our Iñupiat communities, and providing information to community members so that they can get involved. Since SILA's founding in 2019, we have engaged in advocacy and outreach relating to numerous decisions in the National Petroleum Reserve-Alaska (the "Reserve"), including on ConocoPhillips' Willow Project, BLM's IAP decisions, BLM's 2024 Special Areas Rule and its rollback of that Rule, and BLM's call for nominations for a new lease sale in the Reserve. This engagement has included submitting comments and holding informational community meetings, sharing educational pieces on social media and newsletters SILA also filed lawsuits challenging

BLM's approval of the Willow project in 2020, and again in 2022.

7. SILA submitted comments during the 7-day comment period on ConocoPhillips' 2025-2026 winter exploration program. The abbreviated timelijne prevented meaningful community meetings or broader engagement. This July, ConocoPhillips had submitted an application to BLM to conduct a winter exploration program in the Reserve. Information about the program was not disclosed by BLM or ConocoPhillips until a media report in July revealed its existence. Over the next four months, BLM and ConocoPhillips did not provide any information about the proposal, despite multiple requests for information. BLM did not publish any information about the application and proposal on its ePlanning site until it opened the public comment period. The afternoon before a federal holiday and in the midst of a government shutdown, BLM published its draft EA on ePlanning and provided only a seven-day public comment period. This gave SILA only four workdays to draft and submit public comments.

8. SILA, and its members, are deeply concerned about ConocoPhillips' oil development in the Reserve, including ConocoPhillips' 2025-2026 winter exploration program. The Reserve is not an industrial development zone. Indigenous Peoples have stewarded this region since time immemorial. The Reserve includes Teshekpuk Lake special area, a vital wetlands ecosystem, which provides habitat for many migratory birds, calving grounds for the Teshekpuk Lake Caribou herd, and subsistence foods for several Western Arctic communities. The Colville River also runs through the Reserve. The Colville River is a critically important waterway, and it serves as habitat for

subsistence fish species and caribou.

9. North Slope oil and gas development and exploration have detrimentally impacted Indigenous Peoples and the land. Rapid industrialization and development in the North Slope have restricted access to traditional subsistence areas and disrupted the ability of communities to gather subsistence foods. The region has also experienced increased negative health outcomes, including negative impacts on mental health and impacts on air quality. The Arctic is warming four times faster than the rest of the globe, and oil development in the Arctic continues to worsen this climate crisis. Expanding oil and gas development on the North Slope, including through this exploration program will exacerbate these known negative impacts.

10. For these reasons, SILA has opposed ConocoPhillips' Willow project and other oil development in the Reserve. The Willow project is a massive oil development project within the Reserve. It includes a processing facility, operations center, airstrip, three drill sites, extensive gravel and ice roads, pipelines, and up to 199 wells. ConocoPhillips' proposed exploration program is adjacent to and would build off of the Willow Project, and would also include seismic exploration to the south of the community and exploratory drilling immediately to the west. Additionally, ConocoPhillips recently applied for permits for the CD8 Project, an oil and gas drill site just two miles east-northeast of Nuiqsut. ConocoPhillips' exploration program will worsen the detrimental impacts from the Willow Project, CD8, and other industrial expansion around the community.

11. The Alaska Native Claims Settlement Act (ANCSA) and the land rights system it established have created divisions among our people. This system has shifted leadership within our corporate structures away from prioritizing culture and community, and toward prioritizing profits. As a result, many of our people are forgetting what our elders taught us were the most important things to protect. The lack of traditional knowledge being shared has compounded this shift. Nuiqsut has become a sacrifice zone for the benefit of shareholders across the region who support oil and gas projects without fully realizing the cost borne by one of their own communities.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed: December 9, 2025          By: _____
                                              Nauriaq Simmonds