# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC *et al.*,

       *Plaintiffs*,

       v.

DOUG BURGUM, in his official capacity as Secretary of the Interior; BILL GROFFY, in his official capacity as Principal Deputy Director, exercising the authority of the Acting Director of the Bureau of Land Management; KEVIN PENDERGAST, in his official capacity as Alaska State Director of the Bureau of Land Management; STEPHANIE KUHNS, in her official capacity as District Manager for the Bureau of Land Management; WAYNE SVEJNOHA, in his official capacity as Branch Chief, Energy and Minerals for the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; and BUREAU OF LAND MANAGEMENT,

       *Defendants*.

Case No. 3:25-cv-00356

## DECLARATION OF RONALD SIMMONDS

**Exhibit 18, page 1 of 4**

I, Ronald Simmonds, hereby declare as follows:

1. I am 39 years old and have lived in Nuiqsut for most of my life. I have also lived in Utqiaġvik (formerly Barrow).

2. I am a member of Sovereign Iñupiat for a Living Arctic ("SILA"). I support and rely on SILA's work to protect my interests and the interests of other community members and to ensure our voices are heard on decisions about development and land management, including on ConocoPhillips planned seismic and exploration drilling program in the National Petroleum Reserve-Alaska ("NPRA").

3. I was born and raised in Nuiqsut. My mother grew up here before Nuiqsut was established, evidence of this can be found in the book "Our Summer with the Eskimos", she was a young girl when the authors, the Helmericks, a couple who explored the area in the 1940's visited. Her name is Lena Kagapak Simmonds (maiden name Kasak). She moved away as our people's ways of life changed because of contact with non-native people. She moved to Utqiagvik where she met my Dad, later they both came to Nuiqsut a few years after it was founded. Nuiqsut is home. There is no place else like it.

4. When I was young, I would go out on the land, hunting and fishing with my dad. We would hunt caribou, geese, and wolverines. We didn't need to go far. Big groups of caribou would come right by Nuiqsut. My family's cabin is northwest of Nuiqsut near the Ublutuoch River and now near the road to GMT-1. I used to go to the cabin regularly, but I don't go as often now because of all of the camps and traffic, especially in the

winter.

5.      Traditional foods, like caribou, seal, and fish, and traditional subsistence are very important to me and are part of my culture and who I am. I eat caribou and other traditional foods. These foods are healthier than store bought food that is shipped in.

6.      Sharing food, especially with elders is important in the community. Some people hunt or fish for others in the village and provide caribou and fish for families and elders. Other hunters in the community provide me with caribou, including hunters who hunt during the winter.

7.      Oil development is changing Nuiqsut. When I was growing up we could only see lights in the distance to the east, from Prudhoe Bay. Now there are many lights in all directions.  Ice cellars are melting. Places where ice roads are regularly built are seeing erosion and damage to the tundra, including right along the bluff next to Nuiqsut. Sinkholes are forming and the ground is subsiding in places. In some years, oil companies have taken water out of the lake next to my family's cabin for ice roads, forcing us to go farther away for drinking water

8.      Hunters now have to go much farther to find caribou. The roads, ice roads, pipelines and camps are keeping the caribou away and limiting the places people can hunt. The last time I went hunting I had to travel more than 30 miles. Hunters are also finding caribou that seem sick, with discolored meat and a white, mucus like substance under the skin.

9.      We are also seeing sick fish in the Nigliq channel. Fish are discolored,

sometimes with deformities. Because of this, I now go farther upriver, away from Alpine to fish. But even there, we sometimes get sick fish and have to throw back all of the fish we catch.

10. ConocoPhillips drilling exploration just a few miles west of Nuiqsut and farther west near Fish Creek will push caribou away from areas important for hunting, causing hunters to travel even further and pay more for gas to get caribou. It will also increase traffic and heavy equipment in Nuiqsut and on the roads. I am already seeing more equipment and traffic. This extra traffic and equipment means I probably will not go out to these areas this winter, including to my cabin. I avoid areas where traffic, oil camps, and other activities are happening.

11. I'm worried ConocoPhillips seismic exploration around the Kogosurkruk and Kikiakrorak Rivers will also push caribou farther away, and that it may permanently harm the land that my family and the community relies on.

12. Nuiqsut and the land around it are home and part of who I am and my culture. I'm concerned that if the oil development continues to expand around Nuiqsut, we'll lose our identity. We'll lose our connection to the land and our cultural values as more people will have to work full-time and won't engage in their traditional practices and eat traditional foods.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed: __December 10, 2025__      By: _Ronald A Simmonds_
Ronald Simmonds

*Sovereign Iñupiat for a Living Arctic et al. v. Burgum et al.,*
Case No. 3:25-cv-00356

4

**Exhibit 18, page 4 of 4**