ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
Fax: 202-305-0275
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior; *et al.*,<br><br>Defendants. | Case No. 3:25-cv-00356-SLG |

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION**

Plaintiffs filed this action on December 11, 2025. Approximately 24 hours later they filed Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Motion for Preliminary Injunction, Dkt. 8. Defendants oppose Plaintiffs' requested schedule and file this response to clarify certain aspects of the Motion and offer an alternative schedule.

The Motion requests that the Court decide the principal motion for preliminary injunction "as soon as possible," *id*. 2, and thus fails the requirement to specify "the date

*Sovereign Iñupiat for a Living Arctic v. Burgum*     Case No. 3:25-cv-00356-SLG
DEFS.' RESP. TO PLS.' MOT. FOR EXPEDITED CONSIDERATION     1

Case 3:25-cv-00356-SLG     Document 9     Filed 12/13/25     Page 1 of 3

on which a decision on the principal motion is needed." Local Civil Rule 3(a). Undersigned counsel in this situation is in ongoing contact with the U.S. Attorney's Office for the District of Alaska but has not yet been advised that a copy of the summons and complaint have been served in accordance with Federal Rule of Civil Procedure 4(i).

The declaration of counsel accompanying the motion generally describes some of the communications that occurred yesterday in an attempt to reach agreement on a schedule for presenting the motion for preliminary injunction. The declaration indicates that counsel for ConocoPhillips advised present activities include "snow prepacking and ice-road construction" and that "mobilization of crews and equipment for the drilling component of the exploration program was scheduled to begin January 15." Decl. of Ian S. Dooley ¶ 9, Dkt. 8-1. In fact, the relevant communication described "sequenced" activity with "first planned ice road completion and mobilization" scheduled for January 15, with any exploration activity coming later. *See* Email from Ryan Steen, Exhibit 1 hereto. Mr. Steen's email further notes that the Court has previously found "that Plaintiffs have not demonstrated that seasonal ice roads and pads are likely to irreparably harm the environment; accordingly, this order [on a motion for injunction pending appeal] does not prohibit ice road and pad construction." *Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*, No. 3:20-CV-00290-SLG, 2021 WL 454280, at *3 n.25 (D. Alaska Feb. 6, 2021).

Counsel's declaration also correctly quotes undersigned counsel's email stating the Defendants would be willing to file responses not later than December 24 but fails to quote the additional explanation that this would afford filing of any replies on December

*Sovereign Iñupiat for a Living Arctic v. Burgum*  Case No. 3:25-cv-00356-SLG
DEFS.' RESP. TO PLS.' MOT. FOR EXPEDITED CONSIDERATION  2

Case 3:25-cv-00356-SLG   Document 9   Filed 12/13/25   Page 2 of 3

26 or 29 and further reasoned that any of these options would seemingly have no effect upon the time in which the Court engages the briefing or issues a ruling.

The Court should deny the motion for expedited consideration. Plaintiffs do not explain the need to rush briefing during the holiday season, or why the Court would need to engage its staff and resources before the start of the new year, when only seasonal ice construction activities are contemplated prior to January 15. Defendants continue in the view that it would be appropriate to set a deadline of December 24, 2025, for filing of any responses to the motion for preliminary injunction, with any replies due at a time of Plaintiffs' choosing thereafter.

Respectfully submitted.

DATED: December 13, 2025.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke

*Sovereign Iñupiat for a Living Arctic v. Burgum*　　Case No. 3:25-cv-00356-SLG
DEFS.' RESP. TO PLS.' MOT. FOR EXPEDITED CONSIDERATION　　3

Case 3:25-cv-00356-SLG　　Document 9　　Filed 12/13/25　　Page 3 of 3