Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Proposed Intervenor-Defendant
ConocoPhillips Alaska, Inc.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, | No.: 3:25-cv-00356-SLG |

## DECLARATION OF BRANDI SELLEPACK IN SUPPORT OF CONOCOPHILLIPS' MOTION TO INTERVENE

I, Brandi Sellepack, declare as follows:

1.     I make this declaration in support of ConocoPhillips Alaska, Inc.'s

("ConocoPhillips") motion to intervene in the above-captioned matter. I am over the age

*Sovereign Iñupiat for a Living Arctic et al. v. Doug Burgum et al.*
Case No. 3:25-cv-00356-SLG          1

of 18 and have personal knowledge of the matters contained in this declaration. I know these facts of my own personal knowledge and would competently testify to them if called as a witness.

2. I am the Manager for Alaska Exploration at ConocoPhillips. I have worked for ConocoPhillips for 27 years. My background is as a geologist, and I have extensive experience with oil and gas exploration and development activities. My duties include managing and overseeing the successful completion of ConocoPhillips' winter 2025-2026 exploration activities in the National Petroleum Reserve in Alaska (the "Petroleum Reserve").

3. The Petroleum Reserve leasing program is administered by the Bureau of Land Management ("BLM") under the Naval Petroleum Reserves Production Act of 1976. The Act seeks private investment in activities that produce the public benefit of domestic energy production. The private investment, which entails economic risk, is expended in stages: first the lease sale stage, then exploration and appraisal, then project design and permitting, and, finally, facility construction and well drilling. ConocoPhillips is the only company that has progressed to the permitting and the construction phases of development in the Petroleum Reserve.

4. Recently, ConocoPhillips sought and received approval from BLM to undertake the 2025-2026 winter exploration program in the Petroleum Reserve. BLM's Decision Record and associated permits, issued November 26, 2025, support and

*Sovereign Iñupiat for a Living Arctic et al. v. Doug Burgum et al.*
Case No. 3:25-cv-00356-SLG          2

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

authorize a seismic survey, the drilling of four new exploration wells in carefully selected locations, and the plugging and abandonment of two existing exploration wells within the Petroleum Reserve. This winter exploration program is divided into three distinct areas: Seismic Exploration, Exploration East, and Exploration West. The Seismic Exploration work will span roughly 300 square miles overall, though only a limited portion will be surveyed at one time. Work for Exploration East will include drilling one new well and abandoning one existing well, while work for Exploration West will involve drilling three new wells and abandoning another existing well.

5.      Exploration activities in the Petroleum Reserve are an important step to oil and gas development and production. Exploration activities provide critical data necessary to discover where oil and gas resources are located. This information is essential to determining whether future investment in those leases is warranted. This information also informs how to design oil and gas development projects in a manner that minimizes surface footprint while maximizing recovery of the subsurface resource.

6.      Timely exploration activities are also essential to preserving lease rights. BLM's leases in the Petroleum Reserve have a 10-year term. The lease period is extended so long as the lease holder is producing oil and gas from the lease. Before that point, the lease can be renewed for an additional 10 years if the leaseholder drills wells on the lease and makes an oil and gas discovery of a sufficient quantity that a prudent operator would hold the lease for potential future development. A lease can also be extended without a

*Sovereign Iñupiat for a Living Arctic et al. v. Doug Burgum et al.*
Case No. 3:25-cv-00356-SLG                    3

discovery if the lease holder has diligently pursued exploration demonstrating that further exploration is warranted.

7.      These 10-year periods may seem like a long time, but exploration, construction, and development in the Petroleum Reserve is a slow process, constrained because of its remote location and short construction seasons, which are typically limited to the winter season. The exploration lifecycle alone can take 7-10 years, including seismic data acquisition and processing, exploratory well drilling, and appraisal well drilling. When the time for lease acquisition, permitting, and construction are added, the timeline can span multiple decades. For example, many of the Willow project leases were issued in 1999, and that project is expected to be completed and producing first oil in 2029, nearly 30 years later.

8.      What will play out during this winter's exploration program is a highly complex, planned, choreographed, and timed sequence of logistical operations involving multiple contractors and hundreds of workers engaged in exploration and support activities, all of which will need food and shelter in remote locations. This highly choreographed program is already underway. Ice road construction necessary for the program began on November 27, 2025. ConocoPhillips has already spent tens of millions of dollars on the winter exploration program that cannot be recovered. If the program were entirely enjoined for the winter, that investment would be lost, as would the hundreds of jobs associated with the exploration program. In addition, being barred from

*Sovereign Iñupiat for a Living Arctic et al. v. Doug Burgum et al.*
Case No. 3:25-cv-00356-SLG          4

carrying out this winter's planned exploration activities puts ConocoPhillips' oil and gas leases in jeopardy because the company would be unable to explore the leases that it paid for and has an obligation (and right) to explore and develop.

9.      Even a short delay of a couple of weeks would jeopardize the scope of the winter exploration project. Given the large logistical and mobilization expense of this kind of program, we try to maximize the work opportunities during these narrow winter windows. Even a short delay of two weeks would mean that ConocoPhillips would likely have to, at a minimum, curtail the scope of drilling on one or more of the wells. Anything longer than two weeks would probably require eliminating drilling altogether on one of the wells planned for this winter. Either result is a lost opportunity and highly inefficient, as it could require another season of exploration (and the logistical cost of that season) to gather the data forgone by this lost opportunity.

10.      In addition, ConocoPhillips has many leases in the Petroleum Reserve that are within 3-4 years of expiration. The exploration program this winter is an important part of the required work on the leases to meet the criteria for renewal. Delay of all or part of the exploration program this winter to another season impairs the value of those leases and puts increased pressure on development seasons in the future.

*Sovereign Iñupiat for a Living Arctic et al. v. Doug Burgum et al.*
Case No. 3:25-cv-00356-SLG               5

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December _15_, 2025.

_(signature)_

Brandi Sellepack

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
_Main (206) 624-0900 Fax (206) 386-7500_

_Sovereign Iñupiat for a Living Arctic et al. v. Doug Burgum et al._
Case No. 3:25-cv-00356-SLG       6

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:25-cv-00356-SLG who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Ian Dooley | idooley@earthjustice.org |
| Erin Colón | ecolon@earthjustice.org |
| Erik Grafe | egrafe@earthjustce.org |
| Paul A. Turcke | paul.turcke@usdoj.gov |

*/s/ Ryan P. Steen*
Ryan P. Steen

**STOEL RIVES** LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Sovereign Iñupiat for a Living Arctic et al. v. Doug Burgum et al.*
Case No. 3:25-cv-00356-SLG          7
151400905.6 0028116-00177