IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,

        Plaintiffs,

    v.

DOUG BURGUM, *et al.*,

        Defendants.

Case No. 3:25-cv-00356-SLG

### ORDER ON MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Before the Court at Docket 8 is Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Motion for Preliminary Injunction. Defendants responded in partial opposition at Docket 9. ConocoPhillips, who seeks to intervene in this case, also responded in partial opposition at Docket 12.[1] Plaintiffs replied at Docket 14.

Plaintiffs propose a December 19, 2025 deadline for Defendants' response to Plaintiff's Motion for Preliminary Injunction, with Plaintiffs' reply due three days later on December 22, 2025.[2] In their opposition, Defendants propose a December 24, 2025 deadline for their response to Plaintiffs' Motion for a Preliminary Injunction with "replies due at a time of Plaintiffs' choosing thereafter."[3] ConocoPhillips

---

[1] Docket 10 (ConocoPhillips' Mot. to Intervene).

[2] Docket 8 at 2.

[3] Docket 9 at 3.

agrees with Defendants' proposed deadlines.[4] In their reply, Plaintiffs do not take direct issue with Defendants' proposed deadlines.

Upon due consideration, the motion to expedite is hereby GRANTED as follows: IT IS ORDERED that:

1. Defendants and any intervenor-defendants shall each file their response briefs to Plaintiffs' Motion for Preliminary Injunction by December 24, 2025;

2. Plaintiffs may file a reply to the opposition briefs on or before December 29, 2025;

3. Any request for oral argument shall be made within 24 hours of the filing of Plaintiffs' reply brief; and

4. The Court acknowledges the request for a ruling as soon as possible on the preliminary injunction motion, and the Court will endeavor to accommodate that request.

DATED this 16th day of December, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[4] Docket 12 at 2.

Case No. 3:25-cv-00356-SLG, *Sovereign Iñupiat for a Living Arctic, et al. v. Burgum, et al.*
Order on Motion for Expedited Consideration of Plaintiffs' Motion for Preliminary Injunction
Page 2 of 2
Case 3:25-cv-00356-SLG    Document 16    Filed 12/16/25    Page 2 of 2