# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>DOUG BURGUM, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-00356-SLG |

## **ORDER ON CHAMBERS COPIES**

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.
- Exhibits/Attachments must be separately identified with readily visible tabs.
- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

Plaintiff's counsel is to provide the Court with a chambers copy of the filing at Docket 6 as soon as possible.

IT IS SO ORDERED.

DATED this 30th day of December, 2025, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:25-cv-00356-SLG, *Sovereign Iñupiat for a Living Arctic, et al. v. Burgum, et al.*
Order on Chambers Copies
Page 2 of 2
Case 3:25-cv-00356-SLG    Document 27    Filed 12/30/25    Page 2 of 2