| | | |
|---|---|---|
| Form 2800-14<br>(August 1985) | UNITED STATES<br>DEPARTMENT OF INTERIOR<br>BUREAU OF LAND MANAGEMENT<br>**RIGHT-OF-WAY GRANT** | Issuing Office:<br>**Arctic District Office**<br><br>Serial Number: **AKAK106752652** |

1. A (right-of-way) (permit) is hereby granted pursuant to:

   a. ☐ Title V of the Federal Land policy and Management Act of October 21, 1976 (90 Stat. 2276; 43 U.S.C. 1761);

   b. ☐ Section 28 of the Mineral leasing Act of 1920, as amended (30 U.S.C. 185);

   c. ☒ Other (describe) **Naval Petroleum Reserve Production Act of 1976**.

2. Nature of Interest:

   a. By this instrument, the holder **ConocoPhillips Alaska, Inc.** receives a right to construct, operate, maintain, and terminate the following: a winter ice road program and ice pads to access and support exploration drilling and well abandonment activities including summer clean up activities on Federal land described as follows:

   Umiat Meridian, Township 11 North, Range 2 West, Sections 33, 34
   Umiat Meridian, Township 10 North, Range 3 West, Sections 24-26
   Umiat Meridian, Township 10 North, Range 2 West, Sections 4-9, 16-21, 28-30, 33
   Umiat Meridian, Township 10 North, Range 3 East, Sections 6, 7, 18, 19, 30
   Umiat Meridian, Township 9 North, Range 2 West, Sections 4, 5, 8, 9, 16-20

   The right-of-way granted herein for the ice road and associated ice pads lines listed above contains 97.51 acres, more or less.

   d. This instrument shall terminate on **December 31, 2026**, unless prior thereto, it is relinquished, abandoned, terminated, or modified pursuant to the terms and conditions of this instrument or of any applicable Federal law or regulation.

   e. This instrument ☒ may ☐ may not be renewed. If renewed, the right-of-way or permit shall be subject to the regulations existing at the time of renewal and any other terms and conditions that the Authorized Officer deems necessary to protect the public interest.

   f. Notwithstanding the expiration of this instrument or any renewal thereof, early relinquishment, abandonment, or termination, the provisions of this instrument, to the extent applicable, shall continue in effect and shall binding on the holder, its successors, or assigns, until they have fully satisfied the obligations and/or liabilities accruing herein before or on account of the expiration, or prior termination of the grant.

3. Rental:

   For and in consideration of the rights granted, the holder agrees to pay the Bureau of Land Management fair market value rental as determined by the authorized officer unless specifically

exempted from such payment by regulation. The Bureau of Land Management updated ROW rental rates for 2016-2025 on October 16, 2015, in accordance with ROW regulations 43 CFR 2806.20(a). ROWs granted by the Arctic District Office of BLM fall within zone 1 of the BLM rental schedule.

Rent will be determined at the end of the winter season when ConocoPhillips Alaska, Inc. provides as-built maps to this office, for use in computation of rent. The rental rate for 2025 is $9.70 per acre. Rates for subsequent years are subject to change and will be updated once the revised BLM rental schedule is released. BLM will then submit a bill to ConocoPhillips Alaska, Inc. that will be due within 30 days.

The rental may be adjusted by the authorized officer, whenever necessary to reflect changes in the fair market rental value as determined by the application of sound business management principles, and so far as practicable and feasible, in accordance with comparable commercial practices.

4. Terms and Conditions:

    a. This grant is issued subject to the holder's compliance with all applicable regulations contained in Title 43 Code of Federal Regulations parts 2880.

    b. Upon grant termination by the Authorized Officer, all improvements shall be removed from the public lands within __60__ days, or otherwise disposed of as provided in paragraph 40 (d) or as directed by the Authorized Officer.

    c. The stipulations set forth in Exhibit (s) A: AKAK106752652 Amended ConocoPhillips 2025-2026 Right-of-Way Terms and Conditions, dated December 2025 are attached.

    d. Failure of the holder to comply with applicable law or any provision of this right-of-way grant shall constitute grounds for suspension or termination thereof.

    e. The holder shall perform all operations in a good and workmanlike manner so as to ensure protection of the environment and the health and safety of the public.

IN WITNESS WHEREOF, The undersigned agrees to the terms and conditions of this right-of-way grant or permit.

| _Brandi Sell_ Digitally signed by Brandi Sellepack Date: 2025.12.23 09:16:36 -09'00' | **STEPHANIE KUHNS** Digitally signed by STEPHANIE KUHNS Date: 2025.12.23 13:53:55 -09'00' |
|---|---|
| (Signature of Holder) | (Signature of Authorized Officer) |
| **Manager, ConocoPhillips Alaska Exploration** | **Manager, Arctic District Office** |
| (Title) | (Title) |
| December 23, 2025 | |
| (Date) | (Effective Date of Grant) |