


**BUREAU OF LAND MANAGEMENT**
Arctic District Office
222 University Avenue
Fairbanks, Alaska 99709-3816
http://www.blm.gov/ak

December 23, 2025

IN REPLY REFER TO:
AKAK106747490
3152.00 (AKR000)

## DECISION

| | | |
|---|---|---|
| Brandi Sellepack | : | AKAK106747490 |
| Exploration Manager | : | Seismic |
| ConocoPhillips Alaska, Inc. | : | Exploration Permit |
| 700 G Street | : | |
| Anchorage, Alaska 99510 | : | |

<u>Seismic Exploration Permit AKAK106747490 Authorized</u>

Attached is a signed copy of your permit, serial number AKAK106747490, which allows the use of public land to conduct winter tundra travel, seismic exploration studies, and summer clean-up operations as described in your plan of operations and supporting documents. The authorization covers lands managed by the Bureau of Land Management (BLM), within the National Petroleum Reserve in Alaska (NPR-A), and will expire December 31, 2026.

This decision may be appealed to the Interior Board of Land Appeals, Office of Hearings and Appeals in accordance with 43 CFR Part 4 and DOI Form 1842-1. The notice of appeal must be filed in the Bureau of Land Management Arctic District Office, 222 University Avenue, Fairbanks, Alaska 99709 or by e-mail to blm_ak_appeals@blm.gov within 30 days from receipt of this decision. Include the following in the subject line: "Notice of Appeal: Arctic District Office." If you decide to file an appeal you must carefully follow the procedure described on the enclosed form 1842-1. If you do not file your appeal at the locations specified on the form within 30 days, the Board may dismiss your appeal as untimely without considering its merits. Be sure to send a copy of your notice of appeal to each party named in this decision and to all of the addresses on the enclosed form 1842-1. You may also ask the Board to stay or suspend the effect of this decision while your appeal is pending. If you desire a stay, you must enclose your request for a stay with your notice of appeal. You have the burden of showing a stay is justified.

Standards for Obtaining a Stay

Except as otherwise provided by law or other pertinent regulation, a petition for a stay of a decision pending appeal shall show sufficient justification based on the following standards:

(1) The relative harm to the parties if the stay is granted or denied,
(2) The likelihood of the appellant's success on the merits,
(3) The likelihood of immediate and irreparable harm if the stay is not granted, and
(4) Whether the public interest favors granting the stay.

If you have any questions, please contact Laura Hartman at 907-474-2302 or lhartman@blm.gov.

STEPHANIE KUHNS
Digitally signed by STEPHANIE KUHNS
Date: 2025.12.23 11:28:25 -09'00'

Stephanie Kuhns, Manager
Arctic District Office

Enclosure (2):
Signed Permit AKAK106747490
Form 1842-1