# PERMIT

| Permission is hereby granted to **ConocoPhillips Alaska Inc.** to use the following described lands: | Permit Number AKAK106747490 |
|---|---|

| TOWNSHIP | RANGE | SECTION | SUBDIVISION |
|---|---|---|---|
| **See Attachment A** | | | |

| Meridian | State | County | Acres (number) |
|---|---|---|---|
| **Umiat** | **Alaska** | **North Slope Borough** | **~150,000** |

for the purpose of conducting a Geophysical Exploration program.

1. This permit is issued for the period specified below. It is revocable at the discretion of the BLM, at any time upon notice. This permit is subject to valid adverse claims heretofore or hereafter acquired.
2. This permit is subject to all applicable provisions of the regulations (43 CFR 2360 & 43 CFR 3152) which are made a part hereof.
3. This permit may not be assigned without prior approval of the BLM.
4. Permittee must not enclose roads or trails commonly in public use.
5. Authorized representatives of the Department of the Interior, other Federal agencies, and State and local law officials will at all times have the right to enter the premises on official business.
6. Permittee will diligently protect from unnecessary damage United States land and property covered by this permit or any law or regulation applicable to the lands involved.
7. Permittee must notify the BLM of address change immediately.
8. This permit does not grant any exclusive right to the described lands for geophysical exploration, or other purposes. The land area described above is at all times subject to any other lawful uses by the United States, its lessees, permittees, licensees, and assigns.
9. In the field each seismic crew must have with it a copy of this permit and any of its conditions.
10. Permittee must take all reasonable precautions to prevent and suppress forest, brush, and grass fires and prevent pollution of waters on or in the vicinity of the lands.
11. Permittee will remove all materials and equipment placed on the premises and restore the site to the Agency's satisfaction immediately after completion of the project unless the Agency approves other arrangements.
12. The Agency may suspend or terminate this permit if there is a violation of any of its conditions.
13. Permittee indemnifies the United States for any liability for damage to life or property resulting from the occupancy or use of public lands under this permit.
14. Upon completion of operations the permittee shall submit a statement that all terms and conditions have been complied with or that corrective measures shall be taken to rehabilitate the lands or other resources along with the required completion report (which is due 30 days post use).
15. Permittee acknowledges, by signing below, that he/she knows, understands and accepts the terms and conditions under which this permit is issued.
16. This geophysical exploration project is subject to the attached terms and conditions entitled: **"CPAI 2025/2026 Amended Seismic Exploration Stipulations and ROPs"**.

Permit issued for period

From  December 23, 2025

To    December 31, 2026

*Brandi Sellepack* (signature)
Digitally signed by Brandi Sellepack
Date: 2025.12.23 09:14:04 -09'00'

(Permittee)

STEPHANIE KUHNS
Digitally signed by STEPHANIE KUHNS
Date: 2025.12.23 13:57:20 -09'00'

(BLM)
Arctic District Office Manager
(Title)                          Date