RYAN P. STEEN, Bar No. 0912084
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1602010
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

*Attorneys for Intervenor-Defendant*
*ConocoPhillips Alaska, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., | |
| Plaintiffs, | |
| v. | |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., | |
| Defendants. | |
| CONOCOPHILLIPS ALASKA, INC., et al., | |
| Intervenor-Defendants. | Case No.: 3:25-cv-00356-SLG |

**[PROPOSED] ORDER GRANTING CONOCOPHILLIPS ALASKA, INC.'S MOTION TO SUBMIT SUPPLEMENTAL MATERIALS**

Upon consideration of Intervenor-Defendant ConocoPhillips's Motion to Submit Supplemental Materials, IT IS ORDERED that the Motion is hereby GRANTED.

DATED this _____ day of _____, 202_.

_____
Honorable Sharon L. Gleason

Presented by:

STOEL RIVES LLP

*/s/ Ryan P. Steen*
Ryan P. Steen (Bar No. 0912084)
Jason T. Morgan (Bar No. 1602010)

*Attorneys for Intervenor-Defendant*
*ConocoPhillips Alaska, Inc.*

*Sovereign Iñupiat for a Living Arctic, et al. v. Doug Burgum, et al.*
Case No. 3:25-cv-00356-SLG                2