STEPHEN J. COX
ATTORNEY GENERAL

Mary Hunter Gramling
Alaska Bar No. 1011078
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov

*Attorney for the State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC *et al.*, | **STATE OF ALASKA'S PRELIMINARY ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| Plaintiffs, | |
| v. | |
| DOUG BURGUM *et al.*, | |
| Defendants | Case No. 3:25-cv-00356-SLG |

Under Rule 8 of the Federal Rules of Civil Procedure, Intervenor-Defendant State of Alaska (Alaska) responds as follows to Plaintiffs' Complaint, ECF No. 1 (Complaint):

## GENERAL DENIAL

Alaska denies any allegation of the Complaint, whether express or implied, including any allegations reflected in the Complaint's section headings, that are not specifically admitted, denied, or qualified herein. Alaska submits this preliminary answer due to the current status of the case and will supplement this pleading with an answer that responds paragraph-by-paragraph to the allegations in Plaintiffs' Complaint within the time allotted for the Federal defendants to file an answer.

## AFFIRMATIVE DEFENSES

Intervenor-Defendant Alaska asserts the following affirmative defenses:

1. Plaintiffs have failed to state a claim for which relief may be granted.

2. Plaintiffs lack standing to bring their claims.

3. This Court lacks jurisdiction over some or all of plaintiffs' claims.

4. Some or all of plaintiffs' claims are barred by the doctrines of ripeness, laches, res judicata, collateral estoppel, or exhaustion of administrative remedies.

5. Some or all of plaintiffs' claims are barred by the applicable statute of limitations.

6. Intervenor-Defendant Alaska reserves the right to amend or supplement these affirmative defenses as appropriate.

*SILA et al. v. Doug Burgum et al.*            Case No. 3:25-cv-00356-SLG
State of Alaska's Preliminary Answer            Page 2 of 3
Case 3:25-cv-00356-SLG     Document 31     Filed 01/05/26     Page 2 of 3

Intervenor-Defendant Alaska having answered the allegations contained in plaintiffs' Complaint, respectfully requests that this Court enter a judgment dismissing the Complaint with prejudice, and awarding such other and further relief as may be just and warranted.

DATED: January 5, 2026

> STEPHEN J. COX
> ATTORNEY GENERAL
>
> By: */s/Mary Hunter Gramling*
> Mary Hunter Gramling
> Alaska Bar No. 1011078
> State of Alaska
> Department of Law
> P.O. Box 110300
> Juneau, AK 99811-0300
> Telephone: (907) 465-3600
> Facsimile: (907) 465-2520
> Email: mary.gramling@alaska.gov
> Attorney for the State of Alaska

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a true and correct copy of the above, State of Alaska's Preliminary Answer to Complaint for Declaratory and Injunctive Relief, was served on all registered parties via the CM/ECF system.

*/s/ Mary Hunter Gramling*
Mary Hunter Gramling, Chief Assistant Attorney General

*SILA et al. v. Doug Burgum et al.*     Case No. 3:25-cv-00356-SLG
State of Alaska's Preliminary Answer     Page 3 of 3
Case 3:25-cv-00356-SLG     Document 31     Filed 01/05/26     Page 3 of 3