Ian S. Dooley
Erin Colón
Erik Grafe
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: idooley@earthjustice.org
E: ecolon@earthjustice.org
E: egrafe@earthjustice.org

*Attorneys for Plaintiffs Sovereign Iñupiat for a Living Arctic et al.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM *et al.*,<br><br>*Defendants*,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC. and STATE OF ALASKA,<br><br>*Intervenor-Defendants*. | Case No. 3:25-cv-00356-SLG |

## NOTICE OF INCIDENT RELATING TO PLAINTIFFS' PENDING MOTION
## FOR PRELIMINARY INJUNCTION

On January 23, 2026, Doyon 26, reportedly the largest mobile land drilling rig in North America,[1] was en route for use in ConocoPhillips' exploration program in the Reserve.  Ex. 1.  At around 4:45 p.m., the massive drilling rig tipped over and crashed to the ground.[2]  The incident was captured on film.[3]  The following is a screen capture from that video:



---

[1] *Officials report no major injuries as massive drilling rig topples over on Alaska's North Slope*, ANCHORAGE DAILY NEWS (Jan. 24, 2026), https://www.adn.com/business-economy/energy/2026/01/23/no-serious-injuries-as-massive-drilling-rig-topples-over-on-alaskas-north-slope/.
[2] *Id.*
[3] J. Landfield, *Doyon 26, largest land drilling rig in North America, tipped over and caught fire on North Slope*, ALASKA LANDMINE (Jan. 23, 2026), https://alaskalandmine.com/landmines/doyon-26-largest-land-drilling-rig-in-north-america-tipped-over-and-caught-fire-on-north-slope/; https://www.youtube.com/shorts/thOb8KrN0Ws.

Upon crashing, the rig caught fire and appears to have suffered substantial damage.

The full extent that this incident relates to plaintiffs' pending motion for preliminary injunction, *see* Doc. 6, is not yet clear, as information is still unfolding. There will likely be some impact. Doyon 26's unique extended reach enabled it to drill miles-long wells from a single drilling pad.[4] It may not be replaceable without changes to this year's drilling plans that could entail different or greater impacts. It is also possible the incident is pertinent to the effectiveness of BLM's tundra mitigation measures. Regardless, plaintiffs are concerned about how the incident occurred and what it means for the safety of the community and its members from these kinds of activities.

Plaintiffs have requested information from ConocoPhillips and federal defendants, including (1) how the incident affects ConocoPhillips plans for the exploration program, including whether the company plans to continue with drilling operations and/or seismic operations, and if so on what time frame; (2) how it affects BLM's permitting and oversight of the program; (3) how the company and BLM are responding to the incident and on what timeframe; and (4) how the incident is being communicated to local communities and their members. Ex. 1. In response to this request, counsel for ConocoPhillips informed plaintiffs that "response and recovery efforts" are underway and

---

[4] A. DeMarban, *"The Beast" rig sets a drilling record for ConocoPhillips and cracks open a new reservoir*, ANCHORAGE DAILY NEWS (May 22, 2022), https://www.adn.com/business-economy/energy/2022/05/22/the-beast-rig-sets-a-drilling-record-for-conocophillips-and-cracks-open-a-new-reservoir/; *ConocoPhillips Alaska's Extended Reach Helps Shrink Its Carbon Footprint*, ALASKABUSINESS (Sep. 12, 2022), https://www.akbizmag.com/industry/oil-gas/conocophillips-alaskas-extended-reach/.

include "representatives from the State of Alaska, the Federal Government, and the North Slope Borough." *Id.* Plaintiffs understand the company intends to provide an update to the Court and parties tomorrow. *Id.*

Plaintiffs will consider the update provided by ConocoPhillips and may propose further filings as necessary.

Respectfully submitted this 25th day of January, 2026.

*s/ Ian S. Dooley*
Ian S. Dooley (Alaska Bar No. 2006059)
Erin Colón (Alaska Bar No. 1508067)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Sovereign Iñupiat for a Living Arctic, Center for Biological Diversity, and The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2026, a copy of the foregoing NOTICE OF

INCIDENT RELATING TO PLAINTIFFS' PENDING MOTION FOR PRELIMINARY

INJUNCTION, with attachment, was served electronically on all counsel of record

through the Court's CM/ECF system.

*s/ Ian S. Dooley*
Ian S. Dooley