**From:** Steen, Ryan P. <ryan.steen@stoel.com>
**Sent:** Saturday, January 24, 2026 4:23 PM
**To:** Ian Dooley <idooley@earthjustice.org>; Morgan, Jason T. <jason.morgan@stoel.com>; Turcke, Paul (ENRD) <paul.turcke@usdoj.gov>
**Cc:** Erik Grafe <egrafe@earthjustice.org>; Erin Colón <ecolon@earthjustice.org>
**Subject:** RE: [Time sensitive] SILA v. Burgum--CPAI's rig collapse

**External Sender**

Ian –

Thank you for your email. ConocoPhillips remains in the process of evaluating and responding to the incident, which occurred on a gravel road near K-Pad at 4:45 p.m. yesterday. The rig was being moved by Doyon for use in ConocoPhillips's winter exploration program. Traffic flow has resumed and there continues to be no threat to local infrastructure or communities. The owner and operator of the rig, Doyon Drilling, is leading response and recovery efforts under a Unified Command structure including representatives from the State of Alaska, the Federal Government, and the North Slope Borough.

Exploration activities are continuing and the seismic program is proceeding as planned. ConocoPhillips is presently analyzing how this incident may impact the timing of planned exploration drilling activities, and we plan to provide an update to the Court and the parties on Monday morning when we have more information on the impact, if any, to the scope of the winter program exploration drilling activities.

Ryan

**From:** Ian Dooley <idooley@earthjustice.org>
**Sent:** Saturday, January 24, 2026 12:58 PM
**To:** Steen, Ryan P. <ryan.steen@stoel.com>; Morgan, Jason T. <jason.morgan@stoel.com>; Turcke, Paul (ENRD)

<paul.turcke@usdoj.gov>
**Cc:** Erik Grafe <egrafe@earthjustice.org>; Erin Colón <ecolon@earthjustice.org>
**Subject:** [Time sensitive] SILA v. Burgum--CPAI's rig collapse

Dear all:

We are writing to request information about ConocoPhillips' drill rig that collapsed onto the tundra yesterday afternoon. This incident appears likely to have occurred as part of drilling and mobilization operations planned for the winter exploration program that is the subject of our clients' preliminary injunction motion. We believe the incident is relevant to the preliminary injunction motion currently before the court, and that a full reporting of the incident should be before the court as soon as possible while the motion is still pending.

- Plaintiffs request responses to these questions:

    o Is this drill rig incident related to the winter exploration program?
    o How does this incident affect ConocoPhillips' plans for the exploration program this winter, including whether the proponent plans to continue with drilling operations and/or seismic operations, and if so, on what time frame?
    o How does the incident affect BLM's permitting and oversight of the exploration program?
    o How are ConocoPhillips and BLM responding to this incident and what is the time frame for response, containment, and remediation?
    o How is this incident being communicated to local communities and their members?

We intend to communicate an update to the court as soon as practicable and before Monday morning.

We request your response to this inquiry by the end of today.

If we do not hear from you before then, we may choose to update the court based on information available at that time.

Thank you,

Ian


Ian S. Dooley
Senior Attorney
Earthjustice Alaska Office
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.792.7105
F: 907.277.1390
earthjustice.org