RYAN P. STEEN, Bar No. 0912084
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1602010
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

*Attorneys for Intervenor-Defendant
ConocoPhillips Alaska, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants. <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case No. 3:25-cv-00356-SLG |

### NOTICE REGARDING DOYON DRILLING RIG 26 INCIDENT

ConocoPhillips Alaska, Inc. ("ConocoPhillips") hereby provides notice to the

Court of an incident that occurred during the ongoing winter exploration program. As set

forth in the attached Third Declaration of Brandi Sellepack ("Third Sellepack Decl."), on

January 23, 2026, at 4:45 p.m., the mobile drilling rig "Doyon 26" overturned while

*Sovereign Iñupiat for a Living Arctic, et al. v. Doug Burgum, et al.*
Case No. 3:25-cv-00356-SLG          1

being transported by Doyon Corporation on a gravel road for use in ConocoPhillips's exploration program.[1] The owner and operator of the rig, Doyon Drilling, is leading response and recovery efforts under a Unified Command structure, in coordination with representatives from the State of Alaska, the Federal Government, and the North Slope Borough.[2] Traffic flow on the road resumed on January 24, 2026, and there continues to be no threat to local infrastructure or communities.[3]

ConocoPhillips does not believe that this unfortunate incident is material to the pending motion for a preliminary injunction or relevant to the legal claims asserted in this case. Plaintiffs' lawsuit is limited to alleged impacts in designated Special Areas of the National Petroleum Reserve in Alaska, and, specifically, to the adequacy of Required Operating Procedures applicable to caribou and over-the-tundra travel to provide maximum protection in Special Areas.[4] The Doyon 26 incident occurred on a gravel road, outside of Special Areas, and did not involve over-the-tundra travel or any caribou-related issues.[5]

ConocoPhillips continues to proceed with its planned winter exploration program. The seismic survey is not affected by the Doyon 26 incident and will proceed as

---

[1] Third Sellepack Decl. ¶ 3.
[2] *Id.* ¶ 5.
[3] *Id.*
[4] *See* Dkt. 24 (Amended Complaint) ¶¶ 150-172.
[5] Third Sellepack Decl. ¶¶ 3, 5.

*Sovereign Iñupiat for a Living Arctic, et al. v. Doug Burgum, et al.*
Case No. 3:25-cv-00356-SLG            2

planned.[6] ConocoPhillips is also proceeding with its planned, four-well exploration drilling program, utilizing a substitute drill rig (the "Doyon 142") in place of the Doyon 26.[7] This change of plans may require shortening aspects of the exploration drilling program, such as the extent of data gathering from the wells and the length of any production testing.[8] However, this change of plans will not increase the scope of any aspects of the drilling program.[9] ConocoPhillips will provide updates to the Court of any additional material changes to the scope of the planned winter exploration drilling activities.

DATED: January 26, 2026.

STOEL RIVES LLP

/s/ Ryan P. Steen
Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com

*Attorneys for Intervenor-Defendant ConocoPhillips Alaska, Inc.*

---

[6] *Id.* ¶ 8.
[7] *Id.* ¶ 7.
[8] *Id.*
[9] *Id.*