RYAN P. STEEN, Bar No. 0912084
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1602010
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

*Attorneys for Intervenor-Defendant
ConocoPhillips Alaska, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants. <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case No. 3:25-cv-00356-SLG |

### THIRD DECLARATION OF BRANDI SELLEPACK

I, Brandi Sellepack, declare as follows:

1. I previously filed declarations in this matter in support of ConocoPhillips Alaska, Inc.'s ("ConocoPhillips") motion to intervene and in support of ConocoPhillips'

*Sovereign Iñupiat for a Living Arctic, et al. v. Doug Burgum, et al.*
Case No. 3:25-cv-00356-SLG            1

opposition to plaintiffs' motion for a preliminary injunction. This third declaration provides an update on ConocoPhillips' planned exploration activities in light of an unforeseen incident that occurred on January 23, 2026. I am over the age of 18 and have personal knowledge of the matters contained in this declaration.

2. My second declaration described planned winter exploration drilling activities that are part of ConocoPhillips's 2025-2026 winter exploration program. To date, the program is generally following the schedule, sequence, and timeline set out in my second declaration.

3. On January 23, 2026, Doyon Corporation was in the process of transporting a mobile drilling rig, Doyon Drilling Rig 26 ("Doyon 26"), for use in the winter exploration program. Doyon 26 was being transported on an existing and established gravel road near "K pad," which is a gravel pad owned by Kuukpik Corporation and leased by ConocoPhillips. At approximately 4:45 p.m., a rollover incident involving Doyon 26 occurred while the rig was being moved by Doyon on the gravel road. Two individuals who were on the rig at the time of the incident and six other initial responders were treated for minor injuries at ConocoPhillips clinics and have all been released.

4. There was no damage to ConocoPhillips infrastructure or local community infrastructure, and there was no impact to pipelines or fuel transportation. Emergency response personnel remained on site overnight to monitor the scene. Local communities were promptly informed of the incident and continue to be updated as appropriate.

*Sovereign Iñupiat for a Living Arctic, et al. v. Doug Burgum, et al.*
Case No. 3:25-cv-00356-SLG                 2

Case 3:25-cv-00356-SLG    Document 37-1    Filed 01/26/26    Page 2 of 4

5. The incident involving Doyon 26 has now transitioned from an initial emergency response to an environmental impact assessment and mitigation effort. The incident occurred within the boundaries of the National Petroleum Reserve in Alaska, but not within any designated Special Areas. Traffic flow resumed on January 24, 2026, and there continues to be no threat to local infrastructure or communities. The owner and operator of the rig, Doyon Drilling, is leading response and recovery efforts under a Unified Command structure, in coordination with representatives from the State of Alaska, the Federal Government, and the North Slope Borough.

6. ConocoPhillips has assessed the impact of the Doyon 26 incident on the schedule for winter exploration drilling operations. As set forth in my second declaration, this winter's exploration program includes the use of two drilling rigs. Doyon 26 was one of those drill rigs.

7. After assessing the impact of the unfortunate loss of Doyon 26, ConocoPhillips's current plan is to proceed with the full four-well exploration drilling program utilizing a substitute drilling rig, Doyon 142, which is capable of completing all of the planned drilling scope that Doyon 26 was scheduled to complete. As the drilling program proceeds, ConocoPhillips will evaluate whether aspects of the program must be shortened based on this change of plans, such as, for example, the extent of data gathering from the wells and the length of any production testing. This change of plans will not increase the scope of any aspects of the drilling program.

8. ConocoPhillips is proceeding to carry out the full seismic survey program, as planned, with no changes to the seismic program timeline.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 26, 2026.

_____
Brandi Sellepack