Ian S. Dooley
Erin Colón
Erik Grafe
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: idooley@earthjustice.org
E: ecolon@earthjustice.org
E: egrafe@earthjustice.org

*Attorneys for Plaintiffs Sovereign Iñupiat for a Living Arctic et al.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| DOUG BURGUM *et al.*, | ) ) |
| *Defendants*, | ) ) |
| and | ) ) |
| CONOCOPHILLIPS ALASKA, INC. and STATE OF ALASKA, | ) ) ) |
| *Intervenor-Defendants*. | ) ) |

Case No. 3:25-cv-00356-SLG

## STIPULATION OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to voluntary dismissal of the action, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 6th day of March, 2026.

s/ Ian S. Dooley
Ian S. Dooley (Alaska Bar No. 2006059)
Erin Colón (Alaska Bar No. 1508067)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Sovereign Iñupiat for a Living Arctic, Center for Biological Diversity, and The Wilderness Society*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environmental and Natural Resources Division

s/ Paul Turcke (consent)
Paul A. Turcke (Idaho Bar No. 4759)
UNITED STATES DEPARTMENT OF JUSTICE
Natural Resources Section

*Counsel for Defendants*

STEPHEN J. COX
ATTORNEY GENERAL

s/ Mary Hunter Gramling (consent)
Mary Hunter Gramling (Alaska Bar No. 1011078)
David W. Duffy (Alaska Bar No. 0605016)
ALASKA DEPARTMENT OF LAW

*Counsel for Intervenor-Defendant State of Alaska*

*s/ Jason T. Morgan* (consent)
Jason T. Morgan (Alaska Bar No. 1602010)
Ryan P. Steen (Alaska Bar No. 0912084)
STOEL RIVES LLP

*Counsel for Intervenor-Defendant ConocoPhillips Alaska, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, a copy of the foregoing STIPULATION
OF VOLUNTARY DISMISSAL was served electronically on all counsel of record
through the Court's CM/ECF system.

_s/ Ian S. Dooley_
Ian S. Dooley